**Form 131**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Joseph Wernert**
  Debtor(s)

Bankruptcy Case No.: 18−21784−CMB

Chapter: 7
Docket No.: 11 − 1

## CERTIFICATION

The undersigned Clerk of the above−entitled Court certifies that:

The above−captioned case was filed on **May 4, 2018** without all documentation necessary to complete the filing. The Clerk notified the Debtor(s)' attorney, or Debtors(s) if not represented by an attorney, that the deadline for filing the required schedules, statements and/or other documents was **May 18, 2018** and failure to meet that deadline would result in the dismissal of the case.

As of **May 22, 2018,** the above deadline has passed and some or all of the required documents have not been filed with the Clerk.

Michael R. Rhodes
Clerk

## ORDER

**IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED WITHOUT PREJUDICE,** based on the foregoing *Certification* and pursuant to *Fed.R.Bankr.P. 1007* and *Amended General Order #1991−1* of the Court.

Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

Debtor(s) remain legally liable for all of their debts as if the bankruptcy *Petition* had not been filed.

Dated: May 22, 2018

Carlota M. Bohm
United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

```
                                United States Bankruptcy Court
                                Western District of Pennsylvania
In re:                                                                   Case No. 18-21784-CMB
Joseph Wernert                                                           Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: culy                  Page 1 of 1                  Date Rcvd: May 22, 2018
                               Form ID: 131                Total Noticed: 6


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2018.
db             +Joseph Wernert,    465 Linnwood Road,    Eighty Four, PA 15330-2908
14826741       +Citi Mortgage,    PO Box 6243,    Sioux Falls, SD 57117-6243

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QPJWILSON.COM May 23 2018 05:23:00      Pamela J. Wilson,    810 Vermont Avenue,
                 Pittsburgh, PA 15234-1222
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 23 2018 01:23:04      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +E-mail/Text: kburkley@bernsteinlaw.com May 23 2018 01:23:23      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14826740       +EDI: BANKAMER2.COM May 23 2018 05:23:00      Bank of America,    100 North Tryon Street,
                 Charlotte, NC 28255-0001
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CITIMORTGAGE INC, S/B/M TO CITIFINANCIAL MORTGAGE
cr              U.S. BANK N.A., AS TRUSTEE, SUCCESSOR IN INTEREST
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    U.S. BANK N.A., AS TRUSTEE, SUCCESSOR IN INTEREST TO
               BANK OF AMERICA, N.A. AS TRUSTEE SUCCESSOR BY MERGER TO LASALLE BANK, N.A. AS TRUSTEE FOR
               WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMAL bkgroup@kmllawgroup.com
              Jill Manuel-Coughlin    on behalf of Creditor    CITIMORTGAGE INC, S/B/M TO CITIFINANCIAL MORTGAGE
               COMPANY ET AL. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Pamela J. Wilson    pwilson@epiqtrustee.com, pwilson@ecf.epiqsystems.com
                                                                                             TOTAL: 5
```